**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ignacio Engunzo LOPEZ, Jr.,**
**Defendant–Appellant.**

No. 04–40665.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ignacio Engunzo Lopez, Jr., Three Rivers, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ignacio Engunzo Lopez, Jr., has requested

---

**332**

leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez has filed a response challenging his sentence and asserting ineffective assistance of counsel.

Our independent review of the brief, Lopez's response, and the record discloses no nonfrivolous issues for appeal. We conclude that the record is insufficiently developed to allow consideration on direct appeal of Lopez's claim of ineffective assistance of counsel. *See United States v. Brewster,* 137 F.3d 853, 859 (5th Cir.1998). Accordingly, without prejudice to Lopez's right to file a motion pursuant to 28 U.S.C. § 2255, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.